## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

─────────────────────────────────────

In Re:                                                                                         Chapter 7

Auto Point, Limited,                                          BKY Case No. 10-43005

                          Debtor.

─────────────────────────────────────

Brian F. Leonard, Trustee,                                      Adv. No. 11-4046

                          Plaintiff,

vs.

Globe Motor Company, and
The Margolis Law Firm LLC,

                          Defendants.

─────────────────────────────────────

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2011, I caused the following documents:

    *Summons and Complaint*

to be mailed by certified mail, return receipt requested and by first class mail, to the following:

Globe Motor Company
Attn: Officer/Managing Agent
1230 Bloomfield Avenue
Fairfield, NJ 07004

The Margolis Law Firm LLC
Attn: Officer/Managing Agent
5 Becker Farm Road
P.O. Box 420
Roseland, NJ 07068

Dated: February 24, 2011

/e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN  55402
(612) 332-1030

426422