UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re: | Bky. Case No.: 10-43005
Chapter 7

Auto Point, Limited,

Debtor.

---

Brian F. Leonard | Adv. Pro. No. 11-04046

Plaintiff,

v.

Globe Motor Company, and
The Margolis Law Firm, LLC

Defendant.

---

## STIUPLATION TO ALLOW EXTENSTION OF TIME TO ANSWER

---

The Plaintiff and the Defendant, through their attorneys, stipulate and agree as follows:

## RECITALS

1. Plaintiff commenced this adversary proceeding, a Summons being issued by this Court, on February 24, 2011.

2. The Defendant's answer or other pleading in response to the Complaint is due March 28, 2011.

3. The parties believe that it is appropriate to obtain an extension of the Defendant's time to answer the Plaintiff's Complaint, or otherwise plead.

4. By extending the Defendants' time to answer or otherwise plead, no party will be prejudiced.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.    The parties hereby stipulate and agree to extend the Defendant's time to answer or otherwise plead until and including April 19, 2011.

2.    The parties hereby consent to entry of an Order of this Court extending the Defendant's time to answer the Plaintiff's Complaint, or otherwise plead.

3.    This stipulation may be signed by all parties electronically.


Dated: March 25, 2011                   THE MARGOLIS LAW FIRM LLC

By:_____
Martin G. Margolis, Esq.
5 Becker Farm Road, 4th Floor
Roseland, NJ 07068
Attorneys for The Margolis Law Firm LLC and
Globe Motor Company


Dated: March 25, 2011                   LEONARD, O'BRIEN, SPENCER,
GALE, & SAYRE, LTD.
A Professional Association


By _____
Brian F. Leonard, #62236
Andrea M. Hauser, #207469
Attorneys for Plaintiff
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402-1234
Telephone: (612) 332-1030

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

In re:

Auto Point, Limited,

     Debtor.

Bky Case No.: 10-43005
Chapter 7

---

Brian F. Leonard

     Plaintiff,

v.

Globe Motor Company, and
The Margolis Law Firm, LLC

     Defendant.

Adv. Pro. No. 11-04046

---

## ORDER

---

This matter came before the undersigned United States Bankruptcy Judge on the Stipulation of the parties to the Adversary Proceeding. There was no hearing or appearance by the parties.

Based on the Stipulation of the parties, the files and records herein, and it appearing that the relief requested is in the best interest of the parties, the estate, and the Court, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1.     The Stipulation between the parties is hereby approved; and

2.     The Defendant shall have to and including April 19, 2011 to answer or otherwise serve a response in this matter.


Dated:                                 _____
                                      United States Bankruptcy Judge